UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STARELLEN CARTER and
C.P., a minor,

        Plaintiffs,

v.                                                                                                  Case No. 12-cv-11088
                                                                        Honorable Denise Page Hood

OAKLAND COUNTY PROSECUTOR,

        Defendant.

_____/

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on this date March 14, 2013, this cause of action is **DISMISSED**. Accordingly, judgement is entered in favor of Defendant against Plaintiffs.

Dated at Detroit, Michigan this 14th day of March, 2013.

                                                            DAVID J. WEAVER
                                                            CLERK OF THE COURT

                                                            BY: s/LaShawn R. Saulsberry

APPROVED:


s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was served upon counsel of record on March 14, 2013, by electronic and/or ordinary mail.

                                      S/LaShawn R. Saulsberry
                                      Case Manager